## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIK MIGUEL MCCRAY,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 11-5706 |
| | : | |
| **DR. MARTINEZ PSYCHIATRY, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   23rd   day of August, 2012, upon consideration of the defendants' motions to dismiss (Documents #10 and #14), it is hereby ORDERED that the motions are GRANTED in their entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.